# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**WILBERT ROBINSON**                                                                 **PLAINTIFF**

**VS**                                                **CAUSE NO.: 2:10CV111-P-S**

**PAC MAN, INC.**                                                          **DEFENDANT**

## <u>ORDER</u>

This matter is before the court on the joint motion of the parties to amend the case management order deadlines (# 14). In light of a recently rescheduled trial date of February 27, 2012, the court finds that the motion is well-taken and the requested extensions of the case management order deadlines should be granted.

IT IS, THEREFORE, ORDERED that the following deadlines shall now govern:

- Discovery deadline: June 17, 2011; and

- Motions deadline: July 1, 2011

**SO ORDERED AND ADJUDGED**, this, the 10th day of March, 2010.

                                                    /s/David A. Sanders
                                                    **UNITED STATES MAGISTRATE**